IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **NETSCOUT SYSTEMS, INC.,**<br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**PACKET INTELLIGENCE LLC,**<br>**PACKET INTELLIGENCE HOLDINGS**<br>**LLC, AND LONGHORN ASSET GROUP**<br>**LLC,**<br><br>　　　　　　**Defendants.** | **Civil Action No.: 1:17-cv-01633-MPT**<br><br>**JURY TRIAL DEMANDED** |

_____

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**
_____

　　Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff NetScout Systems, Inc. ("NetScout") and its counsel hereby give notice that the above-captioned action against Defendants Packet Intelligence LLC, Packet Intelligence Holdings LLC, and Longhorn Asset Group LLC ("Defendants") is voluntarily dismissed pursuant to the terms of the Stipulation, Covenant Not To Sue, and Release, attached hereto as Exhibit A.

　　NetScout's claims for Declaratory Judgment of Non-Infringement of U.S. Patent Nos. 6,651,099; 6,771,646; 6,954,789; 6,839,751; and 6,665,725 ("the Patents-in-Suit"), specifically, Counts One, Four, Seven, Ten, and Thirteen of NetScout's Complaint, are hereby dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

　　NetScout's claims for Declaratory Judgment of Invalidity and Unenforceability of the Patents-in-Suit, specifically, Counts Two, Three, Five, Six, Eight, Nine, Eleven, Twelve,

Fourteen, and Fifteen of NetScout's Complaint, are hereby dismissed without prejudice, with each party bearing its own costs and attorneys' fees.

Defendants have not filed either an answer or a motion for summary judgment in the above-captioned action. Accordingly, NetScout respectfully request that the above-captioned action be dismissed as set forth above.

January 23, 2018

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Amy M. Dudash*
Colm F. Connolly, Bar No. 3151
colm.connolly@morganlewis.com
Amy M. Dudash, Bar No. 5741
amy.dudash@morganlewis.com
The Nemours Building
1007 North Orange Street, Suite 501
Wilmington, DE  19801
Telephone: +1.302.574.3000
Facsimile:+1.302.574.3001

Attorneys for Plaintiff
NETSCOUT SYSTEMS, INC.

Eric Kraeutler (*pro hac vice*)
eric.kraeutler@morganlewis.com
John V. Gorman (*pro hac vice*)
john.gorman@morganlewis.com
Julie S. Goldemberg (*pro hac vice*)
julie.goldemberg@morganlewis.com
**Morgan, Lewis & Bockius LLP**
1701 Market Street
Philadelphia, PA 19103
Telephone: 215-963-4840
Fax: 215-963-5001

Michael J. Lyons (*pro hac vice*)
michael.lyons@morganlewis.com
Ahren Hsu-Hoffman (*pro hac vice*)
Ahren.hsu-hoffman@morganlewis.com
Michael F. Carr (*pro hac vice*)
michael.carr@morganlewis.com

**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road
Palo Alto, CA 94304
Telephone: 1.650.843.4000
Facsimile: 1.650.843.4001

Attorneys for Plaintiff
NETSCOUT SYSTEMS, INC.