# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NETSCOUT SYSTEMS, INC.,

        Plaintiff,

    v.

PACKET INTELLIGENCE LLC,
PACKET INTELLIGENCE HOLDINGS
LLC, AND LONGHORN ASSET GROUP
LLC,

        Defendants.

Civil Action No. 1:17-CV-01633-VAC-MPT

## STIPULATION, COVENANT NOT TO SUE, AND RELEASE

Pursuant to Federal Rule of Civil Procedure 41(a), Packet Intelligence LLC ("PI"), Packet Intelligence Holdings LLC ("PIH"), Longhorn Asset Group LLC ("LAG") and NetScout Systems, Inc. ("NetScout"), (PI, PIH, LAG, or NetScout may be referred to individually as the "Party" or collectively as the "Parties"), hereby stipulate as follows:

1. PI stipulates that it is the owner of all right, title, and interest in U.S. Patent Nos. 6,651,099, 6,665,725, 6,771,646, 6,839,751, and 6,954,789 ("the Patents-in-Suit").

2. "Effective Date" shall be the date of complete execution of this Stipulation, Covenant Not To Sue, and Release.

3. PI, for itself and on behalf of its Affiliates, unconditionally and irrevocably covenants not to assert any claim of infringement of the Patents-in-Suit with respect to NetScout's Infinistream Products and any current and future products not colorably different from NetScout's InfiniStream Products. This covenant covers, *inter alia*, any potential claims against NetScout, or against its Affiliates, successors and assigns, suppliers and direct and indirect customers, including any authorized downstream users, regarding infringement of the Patents-in-Suit with respect to NetScout's Infinistream Products

and any current and future products not colorably different from NetScout's InfiniStream Products.

4. PI, for itself and on behalf of its Affiliates, hereby fully, irrevocably, and forever releases and discharges NetScout, its Affiliates, and its officers, directors, attorneys, employees, representatives, agents, successors and assigns, suppliers and direct and indirect customers from any and all claims, demands, damages, liabilities, costs, attorneys' fees, expenses, and causes of action asserting infringement of any of the Patents-in-Suit with respect to NetScout's Infinistream Products, or any current or future products not colorably different from NetScout's InfiniStream Products, whether known or unknown.

5. "Affiliate" means any subsidiary, parent company, operating division, or other legal entity that directly or indirectly controls, is controlled by, or is under common control of a Party as of the Effective Date.  For the purpose of this definition, "control" means the direct or indirect ownership of more than 50% of the outstanding voting securities of the legal entity, the right to receive more than 50% of the profits or earnings of the legal entity, or the right to direct the policy decisions of the legal entity. Notwithstanding the foregoing, in any jurisdiction where local law shall not permit foreign equity participation of at least 50%, then "control" shall mean the maximum percentage of such outstanding stock or rights permitted by such local law.

6. The "Infinistream Products" means products that NetScout made, used, sold, or offered for sale or currently makes, uses, sells, or offers to sell that are based on the Infinistream/NGenius platform developed by NetScout prior to and separate from its acquisition of Tektronix Communications, Tektronix Texas, LLC, and their GeoProbe

2

technology. This definition specifically excludes: (1) the GeoProbe platform with the technology found by the jury to infringe three of PI's patents in *Packet Intelligence LLC v. NetScout Systems, Inc., Tektronix Communications and Tektronix Texas, LLC*, No. 2:16-cv-00230-JRG, in the Eastern District of Texas (the "Texas Litigation"), and (2) any product that infringes such patents and is not colorably different with respect to the elements that were alleged to be the basis for infringement in the products found to infringe.

7. For purposes of this Stipulation, Covenant Not To Sue, and Release, the definition of "Infinistream Products" specifically excludes the Infinistream Next Generation ("ISNG") products that are the subject matter of PI's Motion for Ongoing Royalties in the Texas Litigation.  Nevertheless, PI stipulates that this Stipulation, Covenant Not To Sue, and Release will extend and apply to the ISNG products, including current and future products not colorably different from the ISNG products, in the event that the court in the Texas Litigation (or any appellate court to which that case is appealed) (a) denies with prejudice (or upholds or does not disturb denial of) the portion of PI's Motion for Ongoing Royalties based on NetScout's use or sale of the ISNG products; (b) declines to address (or upholds or does not disturb any decision not to address) the ISNG products; (c) finds (or upholds or does not disturb any finding) that the ISNG product is colorably different from the GeoProbe line with respect to the elements that were alleged to be the basis for infringement and/or that the ISNG product does not actually infringe; and/or (d) requires (or upholds or does not disturb a requirement) that PI separately file suit alleging infringement by the ISNG products.

8. This covenant for the Infinistream Products does not constitute a patent license for

3

NetScout to make, use, sell, or offer to sell other products practicing the Patent-in-Suit.

9.  In granting this covenant, PI in no way concedes personal or subject matter jurisdiction by the Delaware court, that NetScout's Lawsuit is proper under doctrines of res judicata and/or collateral estoppel, or any of NetScout's allegations that the Patents-in-Suit are invalid or not infringed. To the contrary, PI rejects all such claims by NetScout.

10. NetScout stipulates that by January 23, 2018, it shall file all necessary papers to cause its claims in the above-captioned matter for declaratory judgment of non-infringement of NetScout's Infinistream Products to be dismissed against all named defendants with prejudice and without any award of costs or fees to either Party.

11. NetScout stipulates that by January 23, 2018, it shall file all necessary papers to cause its claims in the above-captioned matter for declaratory judgment of invalidity and unenforceability of the Patents-in-Suit to be dismissed against all named defendants without prejudice and without any award of costs or fees to either Party.  However, NetScout and its Affiliates stipulate they will not again file claims for declaratory judgment of invalidity and/or unenforceability of any of the Patents-in-Suit until or unless, subsequent to the Effective Date, Packet Intelligence provides notice to NetScout or its Affiliates that products other than their Infinistream products covered by this Stipulation, Covenant Not to Sue, and Release, infringe one or more of the Patents-in-Suit. Nothing in this paragraph affects the propriety or impropriety of NetScout's future declaratory judgment claims under doctrines of res judicata and/or collateral estoppel, or Packet Intelligence's ability to provide arguments on same.

4

12. NetScout stipulates that it will not rely on this document to argue non-infringement by the GeoProbe family in post-trial briefing or appeal in the Texas Litigation.

13. Upon execution of this Stipulation, Covenant Not To Sue, and Release by all Parties, the Parties agree not to commence any action relating to any of the Patent-in-Suit, or any other patents owned by PI or any of its Affiliates, in any forum in the United States, including the Federal Courts, the United States Patent and Trademark Office, and/or the International Trade Commission, before the court in the Texas Litigation rules upon PI's Motion for Ongoing Royalties based on NetScout's use or sale of the ISNG products, and all appeals from such ruling have been exhausted.

14. The Parties acknowledge that they have been represented and advised by their respective counsel in connection with the negotiation and execution of this Stipulation, Covenant Not To Sue, and Release Agreement.

*signature page follows*

5

**NETSCOUT SYSTEMS, INC.**

By: _____

Name: Jeff Levinson

Title: Vice President and General Counsel

Date: January 22, 2018

**PACKET INTELLIGENCE LLC**

By: _____

Name: Brad Brunell

Title: Member

Date: January 22, 2018

**PACKET INTELLIGENCE HOLDINGS LLC**

By: _____

Name: Brad Brunell

Title: Member

Date: January 22, 2018

**LONGHORN ASSET GROUP LLC**

By: _____

Name: Brad Brunell

Title: Member

Date: January 22, 2018